## WOODBURN *v.* CONNER.

SIMMONS, C. J. This case falls within the well-established rule that this court will not interfere with the discretion of the judge of the superior court in granting or refusing injunctions unless that discretion is manifestly abused. *Judgment affirmed. All the Justices concurring.*

Argued April 21,—Decided May 21, 1897.

Injunction. Before Judge Smith. Wilcox county. January 14, 1897.

*Cutts & Lawson*, for plaintiff in error.
*Pate & Bright*, contra.

------

## DAVIS *v.* MOORE & BROTHER.

LITTLE, J. This case falls within the well-established rule that the discretion of the trial judge in granting or refusing an injunction, where the evidence is conflicting, will not be disturbed.
*Judgment affirmed. All the Justices concurring.*

Argued April 21,—Decided May 21, 1897.

Petition for injunction. Before Judge Sweat. Ware county. January 30, 1897.

*Hitch & Myers*, for plaintiff. *Leon A. Wilson*, for defendants.